UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN MCLEAN WILSON,<br><br>      Plaintiff,<br><br>v.<br><br>JURUPA VALLEY POLICE DEPARTMENT et al.,<br><br>      Defendants. | Case No. 5:25-cv-01760-SB-PD<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

    On September 2, 2025, the Court dismissed Plaintiff's first amended complaint (FAC) for failure state a claim and provided him until September 29, 2025 to file a second amended complaint (SAC). Plaintiff was warned that "[f]ailure to timely do so will be construed as an election to stand on the FAC and will result in dismissal of all claims without prejudice." Dkt. No. 6 at 3. The September 29 deadline has now long passed, and no SAC has been filed. The action is thus dismissed without prejudice.

    A final judgment will be entered separately.

Date: October 22, 2025

                                                Stanley Blumenfeld, Jr.
                                                United States District Judge