JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN MCLEAN WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>JURUPA VALLEY POLICE DEPARTMENT et al.,<br><br>    Defendants. | Case No. 5:25-cv-01760-SB-PD<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this day, Plaintiff's claims are dismissed without prejudice.

    This is a final judgment.

Date: October 22, 2025

                                               Stanley Blumenfeld, Jr.
                                               United States District Judge